UNITED STATES of America, Plaintiff—Appellee,

v.

Virgil L. BURRIS, aka Kooka, Defendant—Appellant.

No. 10–30347.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2011.*

Filed Oct. 17, 2011.

Nancy D. Cook, Office of the U.S. Attorney, Coeur D'Alene, ID, for Plaintiff–Appellee.

Steven Paul Frampton, Esquire, Hayden Lake, ID, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, Chief Judge, PAEZ, Circuit Judge, and COLLINS, District Judge.**

## MEMORANDUM ***

One requirement for getting a new trial based on newly discovered evidence is that "the new evidence must not be merely cumulative or impeaching." *Lindsey v. United States*, 368 F.2d 633, 634 (9th Cir. 1966); *see United States v. Kulczyk*, 931 F.2d 542, 549 (9th Cir.1991). Burris presents Swan's recantation, but Swan has repudiated his recantation. "[W]here the recantation has itself been repudiated, . . . the recantation becomes merely impeaching and could be used at a new trial only for the purpose of cross examining the witness, and not as substantive evidence." *Lindsey*, 368 F.2d at 636. This case does not present a rare exception where impeachment evidence alone might support a new trial, *see United States v. Davis*, 960 F.2d 820, 825 (9th Cir.1992), because other witnesses corroborated aspects of Swan's trial testimony.

**AFFIRMED.**

---

** The Honorable Raner C. Collins, District Judge for the U.S. District Court for Arizona, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

